**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------x
In re:                                                                        Chapter 13
                                                                              Case No. 1-18-43880-ess

   EDUARDO E LANDECHO,

                                                                   Debtor.
----------------------------------------------------------x

**ORDER**
**GRANTING MOTION TO WITHDRAW AS COUNSEL FOR THE DEBTOR**

   Upon consideration of the motion (the "<u>Motion</u>") of Petroff Amshen LLP, for an order

pursuant to Rule 2090-1(d) of the Local Rules for the Eastern District of New York to withdraw

as counsel of record for the Debtor, Eduardo E Landecho, and the Affirmation of Steven Amshen,

Esq., in support of the Motion; and due and sufficient notice of the Motion having been given

under the circumstances; and the Court having reviewed all pleadings and other papers filed or

submitted in connection with the Motion; and after due deliberation and sufficient cause appearing

therefor; it is hereby

   ~~**ORDERED** that the Motion is granted as provided herein; and it is further~~

   **ORDERED** that Petroff Amshen LLP is granted leave to withdraw as counsel for the

Debtor, Eduardo E Landecho, and is hereby deemed removed as counsel for the Debtor in this

Chapter 13 bankruptcy proceeding; and it is further

   **ORDERED** that the Clerk of Courts and all parties in interest in this case are authorized

and directed to take all actions necessary to effectuate the relief granted pursuant to this Order;

and it is further

**ORDERED** that this Court **_may_** ~~shall~~ retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this order.



Dated: Brooklyn, New York
       December 3, 2018

Elizabeth S. Stong
United States Bankruptcy Judge

2